UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

v.

INDICTMENT

NO. 1:08CR-16-M

18 U.S.C. § 2423(b)
18 U.S.C. § 2423(e)

**RICHARD MARK WATWOOD**

The Grand Jury charges:

## COUNT 1

On or about October 19, 2007, in the Western District of Kentucky, Warren County, Kentucky, the defendant, **RICHARD MARK WATWOOD**, did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct, as that term is defined in Title 18, United States Code, Section 2423(f).

In violation of Title 18, United States Code, Sections 2423(b) and (e).

A TRUE BILL.

_____
FOREPERSON

_____
DAVID L. HUBER
UNITED STATES ATTORNEY

DLH:MJF

UNITED STATES OF AMERICA v. **RICHARD MARK WATWOOD**

## P E N A L T I E S

Count 1:     NM 30 yrs./$250,000/both/NL 5 yrs. NM Life Supervised Release

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:   $ 25 per count/individual          Felony:   $100 per count/individual
               $125 per count/other                         $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

      LOUISVILLE:      Clerk, U.S. District Court
                                106 Gene Snyder U.S. Courthouse
                                601 West Broadway
                                Louisville, KY  40202
                                502/625-3500

      BOWLING GREEN:   Clerk, U.S. District Court
                                120 Federal Building
                                241 East Main Street
                                Bowling Green, KY  42101
                                270/393-2500

      OWENSBORO:      Clerk, U.S. District Court
                                126 Federal Building
                                423 Frederica
                                Owensboro, KY  42301
                                270/689-4400

      PADUCAH:        Clerk, U.S. District Court
                                127 Federal Building
                                501 Broadway
                                Paducah, KY  42001
                                270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 1:08CR-16-M

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Bowling Green Division

THE UNITED STATES OF AMERICA
vs.
**RICHARD MARK WATWOOD**

## INDICTMENT
**Title 18, U.S.C. §§ 2423(b); 2423(e):
Traveling in Interstate Commerce to Engage in
Illicit Sexual Conduct with Another Person.**

*A true bill*

_____
*Foreman*

*Filed in open court this* 6th day, *of* February A.D. 2008.

_____
*Clerk*

*Bail, $*