UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.                                                                    CRIMINAL NO.  1:08CR-16-M

RICHARD MARK WATWOOD                                                                DEFENDANT

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
-Electronically Filed-

Petitioner, United States of America, by counsel, respectfully shows to this Honorable Court that Richard Mark Watwood is now confined in the Warren County Jail at Bowling Green, Kentucky, under authority of the Jailer, and in accordance with the laws thereof, having been indicted of an offense against the laws of the State of Kentucky, by virtue of a $50,000 full cash bond the Jailer of said Warren County Jail now holds the said Richard Mark Watwood.

Your petitioner avers that a criminal proceeding is now pending in the United States District Court for the Western District of Kentucky, at Bowling Green, Kentucky, charging him with violations of Sections 2423(b) and 2423(e), Title 18, United States Code, which action will be called for arraignment before this Honorable Court on March 5, 2008, at 2:00 p.m., at Bowling Green, Kentucky.

WHEREFORE, your petitioner prays that this Honorable Court do forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the United States Marshal for the Western District of Kentucky, and the Jailer of the Warren County Jail, requiring them to produce the body of the said Richard Mark Watwood on or before the 5th day of March, 2008,

at 2:00 p.m., at Bowling Green, Kentucky, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, against said prosecution, and as in duty bound your petitioner will ever pray.

                                                /s/ Marisa J. Ford
                                                Marisa J. Ford
                                                Assistant U.S. Attorney

DATE: February 14, 2008